# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

Albany - Main Office
39 NORTH PEARL ST.
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse - Branch Office
4 CLINTON SQUARE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Alexander Bunin,
Federal Public Defender

Lisa Peebles, First Assistant

**RESPOND TO SYRACUSE OFFICE**

*8/8/08*

*ORDER*

August 4, 2008

*Waiver approved. Defendant's rights are preserved.*

*GJD Bruner*
*U.S. M.J.*

Honorable Gustave J. DiBianco
United States Courthouse
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York  13261

RE:  UNITED STATES V. DELMER CORRANZA-RIVERA
     CASE NO. 08-MJ-325 (GJD)

*5:08-MJ-325*

Dear Judge DiBianco:

    This will confirm that my client wishes to waive Preliminary and Detention Hearings at this time, but reserves his right to request them in the future if needed.

                             Very truly yours,
                             OFFICE OF THE FEDERAL PUBLIC DEFENDER

                        By:    S/Melissa A. Tuohey, Esq.
                               Assistant Federal Public Defender

MAT:vlb